```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

RUBY ANDREWS, et al.,        )
                             )
            Plaintiffs,      )
                             )
    v.                       )      Civil No. 05-43-B-W
                             )
CITY OF CALAIS, et al.,      )
                             )
            Defendants.      )
```

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on November 9, 2005 her Recommended Decision. The Plaintiffs filed their objections to the Recommended Decision on November 25, 2005 and November 29, 2005 and the Defendants filed their responses to those objections on December 9, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Defendants' Motion for Summary Judgment (Docket No. 11) be and hereby is GRANTED.

3. It is further ORDERED that the Plaintiffs' cross-Motion for Summary Judgment (Docket No. 18) be and hereby is DENIED.

4. It is further ORDERED that the Defendants' Motion to Dismiss (Docket No. 10) be and hereby is DISMISSED as MOOT.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of December, 2005